IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

MARK SCHWIEFERT,

    Petitioner,

v.

CASE NO. 1D13-6176

MICHAEL D. CREWS,
SECRETARY, FLORIDA
DEPARTMENT OF
CORRECTIONS,

    Respondent.

_____/

Opinion filed September 17, 2014.

Petition for Writ of Certiorari -- Original Jurisdiction.

Mark Schwiefert, pro se, Petitioner.

Jennifer Parker, General Counsel, and Beverly Brewster, Assistant General Counsel, Florida Department of Corrections, Tallahassee, for Respondent.

PER CURIAM.

    The petition for writ of certiorari is denied on the merits.

WOLF, RAY, and OSTERHAUS, JJ., CONCUR.